UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-05929-ODW(AFMx) | Date | January 4, 2022 |
|---|---|---|---|
| Title | Christopher Williams v. City of Long Beach et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge |
|---|---|

| Sheila English | Judy Moore |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Narine Mkrtchyan-zoom | Thomas C Hurrell-zoom<br>Jonathan Fang-zoom<br>Natalie Ursula Luongo-zoom<br>Denise L Rocawich-zoom |

**Proceedings:**     **MOTIONS HEARING**

Case called, zoom appearances made. The Court hears oral argument from counsel. After several unnecessary interruptions from plaintiff's counsel, Ms. Mkrtchyan, the Court terminates the hearing and informs the parties, a written detail order will issue re: all the motions and motions in limine filed, ex parte application requests, trial issues and continuance of the trial date due to the COVID outbreak.

|  | : | 31 |
|---|---|---|
| Initials of Preparer | | se |